UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte DIVISION
DOCKET NO. 18-cv-00095

Raymond Benitez, individually and on behalf of all others similarly situated,

Plaintiff,

vs. Charlotte-Mecklenburg Hospital Authority, d/b/a Carolinas Healthcare System, Atrium Health,

Defendant.

MOTION FOR ADMISSION
*PRO HAC VICE*
and AFFIDAVIT

NOW COMES Adam S. Hocutt ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of Steven F. Molo ("Applicant"), who seeks permission to represent Raymond Benitez, individually and on behalf of all others similarly situated ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is New York.

2. Applicant practices under the name of or as a member of the following firm:

Firm Name: MoloLamken LLP
Mailing Address: 430 Park Avenue
City / State / Zip: New York, New York, 10022
Telephone Number: 212-607-8170   Facsimile Number: 212-607-8161
Email Address (required): smolo@mololamken.com

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:
State of Illinois, United States Supreme Court, United States Court of Appeals for the 2nd, 4th, 5th, 7th, 9th, 11th, D.C., and Federal Circuits; United States District Court for the Southern District of New York; Northern District of Illinois.

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8. Local Counsel has conferred with counsel for the other parties, who have indicated they oppose this motion.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

2

Case 3:18-cv-00095-RJC-DCK    Document 6    Filed 03/05/18    Page 2 of 3

By signing this Motion, we so certify.

This, the  1  day of  March , 20 18 .

_____  
Local Counsel

Attorney Name  Adam S. Hocutt  
Bar Number  39760  
Firm Name  Dozier Miller Law Group  
Firm Address  301 S. McDowell St., #700  
Firm City / State / Zip  Charlotte, North Carolina, 28204  
Telephone Number  704-372-6373  
Fax Number  704-347-0674  
Email Address  ahocutt@doziermillerlaw.com

/s/ Steven F. Molo  
_____  
Applicant

3