UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
__Charlotte__ DIVISION
DOCKET NO. __18-cv-00095__

Raymond Benitez,
individually and on behalf of all others similarly situated ,  )
                                                                )
        Plaintiff,                                              )
                                                                )
vs. Charlotte-Mecklenburg Hospital Authority,                   )      MOTION FOR ADMISSION
    d/b/a Carolinas Healthcare System, Atrium                   )      *PRO HAC VICE*
    Health                        ,                             )      and AFFIDAVIT
                                                                )
        Defendant.                                              )
                                                                )
_____                        )

NOW COMES __Adam S. Hocutt__ ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of __Justin M. Ellis__ ("Applicant"), who seeks permission to represent __Raymond Benitez,__ __individually and on behalf of all others similarly situated__

_____ ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1.      Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is New York                        .

2.      Applicant practices under the name of or as a member of the following firm:

**Firm Name:** **MoloLamken LLP**

**Mailing Address:** **430 Park Avenue**

**City / State / Zip:** **New York, New York, 10022**

**Telephone Number:** 212-607-8170      **Facsimile Number:** 212-607-8161

**Email Address (required):** jellis@mololamken.com

1

3.     Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:

State of New York; State of Washington; United States Court of Appeals for the 2nd and 7th Federal Circuits; United States District Court for the

Central District of Illinois; United States District Court for the Eastern District of New York; United States District Court for the Southern District of New York
_____.

4.     Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization.  If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5.     Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6.     Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7.     Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8.     Local Counsel has conferred with counsel for the other parties, who have indicated they *do not* oppose this motion.

9.     The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10.     Applicant consents to electronic notification.

2

By signing this Motion, we so certify.

This, the _5_ day of _March_, 20_18_.

_Adam S. Hocutt_                              /s/ Justin M. Ellis

Local Counsel                                 Applicant

Attorney Name  Adam S. Hocutt
Bar Number  39760
Firm Name  Dozier Miller Law Group
Firm Address  301 S. McDowell St., #700
Firm City / State / Zip  Charlotte, North Carolina, 28204
Telephone Number  704-372-6373
Fax Number  704-347-0674
Email Address  ahocutt@doziermillerlaw.com

3