IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-095-RJC-DCK

| | |
|---|---|
| RAYMOND BENITEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) filed by Adam S. Hocutt, concerning Justin M. Ellis on March 5, 2018. Mr. Justin M. Ellis seeks to appear as counsel *pro hac vice* for Plaintiff Raymond Benitez. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) is **GRANTED.** Mr. Justin M. Ellis is hereby admitted *pro hac vice* to represent Plaintiff Raymond Benitez.

**SO ORDERED**.

Signed: March 5, 2018

David C. Keesler
United States Magistrate Judge