# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:18-cv-00095

| | |
|---|---|
| RAYMOND BENITEZ, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM, ATRIUM HEALTH,<br><br>                  Defendant. | **NOTICE OF APPEARANCE** |

    James P. Cooney III and the law firm of Womble Bond Dickinson (US) LLP, hereby enter an appearance in this captioned matter on behalf of Defendant THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM, ATRIUM HEALTH.

    This the 6th day of March, 2018.

                                              */s/ James P. Cooney III*
                                              James P. Cooney III (N.C. Bar No. 12140)
                                              WOMBLE BOND DICKINSON (US) LLP
                                              One Wells Fargo Center, Suite 3500
                                              301 South College Street
                                              Charlotte, NC 28202-6037
                                              Telephone: (704) 331-4980
                                              E-mail: jim.cooney@wbd-us.com

                                              *Attorney for Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System, Atrium Health*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2018, the foregoing **Notice of Appearance** was served via the Court's CM/ECF system as follows:

J. Gentry Caudill
Adam S. Hocutt
DOZIER MILLER LAW GROUP
301 S. McDowell Street
Suite 700
Charlotte, NC 28204
gcaudill@doziermillerlaw.com
ahocutt@doziermillerlaw.com

R. Stephen Berry
BERRY LAW PLLC
1717 Pennsylvania Avenue, NW
Suite 850
Washington, DC 20006
sberry@berrylawpllc.com

Steven F. Molo
Justin M. Ellis
Thomas J. Wiegand
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
smolo@mololamken.com
jellis@mololamken.com
twiegand@mololamken.com

*Attorneys for Plaintiff and Proposed Class Co-Counsel*

                                                   */s/ James P. Cooney*
                                                   James P. Cooney