UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **RAYMOND BENITEZ**, individually and on behalf of all other similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY** d/b/a Carolinas Healthcare System, Atrium Health, <br><br> *Defendant*. | Case No. 3:18-cv-95 |

## NOTICE OF APPEARANCE

Hampton Y. Dellinger of the law firm Boies Schiller Flexner LLP hereby enters an appearance in the above-captioned matter as counsel for Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System, Atrium Health.

This the 30th day of April, 2018.

    */s/ Hampton Y. Dellinger*
    Hampton Y. Dellinger (N.C. Bar No. 19903)
    BOIES SCHILLER FLEXNER LLP
    1401 New York Ave. NW
    Washington, District of Columbia 20005
    Telephone: (202) 237-2727
    Email: hdellinger@bsfllp.com

    James P. Cooney III (N.C. Bar No. 12140)
    WOMBLE BOND DICKINSON (US) LLP
    One Wells Fargo Center, Suite 3500
    301 South College Street
    Charlotte, North Carolina 28202
    Telephone: (704) 331-4900
    Email: jim.cooney@wbd-us.com

*Counsel for Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System, Atrium Health*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of April, 2018, the foregoing was duly served by ECF filing upon all counsel of record through the Court's electronic notification system.

*/s/ Hampton Y. Dellinger*
Hampton Y. Dellinger

*Counsel for Defendant*