# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Case No. 3:18-cv-95

**RAYMOND BENITEZ**,
individually and on behalf of all others
similarly situated,

                Plaintiff,

      v.

**THE CHARLOTTE MECKLENBURG**
**HOSPITAL AUTHORITY**, d/b/a
CAROLINAS HEALTHCARE SYSTEM,
ATRIUM HEALTH

                Defendant.

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Although not required because The Charlotte-Mecklenburg Hospital Authority is a public body, and a body corporate and politic, organized and existing under the Hospital Authorities Act, N.C. Gen. Stat. § 131E–15 *et seq.*, for the convenience of the court and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The Charlotte-Mecklenburg Hospital Authority, through its undersigned counsel, hereby makes the following Corporate Disclosure Statement:

    (1) Is the party a publicly held corporation or other publicly-held entity? **No.**

    (2) Does the party have any parent corporations? **No.**

    (3) Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity? **No.**

This 30th day of April 2018.

/s/ James P. Cooney

James P. Cooney III (N.C. Bar No. 12140)
Debbie W. Harden (N.C. Bar No. 10576)
Mark J. Horoschak (N.C. Bar No. 22816)
Brian Hayles (N.C. Bar No. 33971)
Sarah Motley Stone (N.C. Bar No. 34117)
Michael Fischer (N.C. Bar No. 47029)
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, North Carolina 28202
Telephone: (704) 331-4900
E-mails:     jim.cooney@wbd-us.com
             debbie.harden@ wbd-us.com
             mark.horoschak@ wbd-us.com
             brian.hayles@ wbd-us.com
             sarah.stone@ wbd-us.com
             michael.fischer@ wbd-us.com


Hampton Y. Dellinger (N.C. Bar No. 19903)
Richard A. Feinstein*
Nicholas A. Widnell*

J. Wells Harrell*
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC  20005
Telephone: (202) 237-2727
E-mails:     hdellinger@bsfllp.com
             rfeinstein@bsfllp.com
             nwidnell@bsfllp.com
             wharrell@bsfllp.com

*Attorneys for Defendant The Charlotte-
Mecklenburg Hospital Authority d/b/a
Carolinas Healthcare System*
* Pro Hac Vice Applications Forthcoming

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2018, the foregoing was served via the Court's CM/ECF system to all parties registered to receive such notice including:

J. Gentry Caudill
Adam S. Hocutt
Dozier Miller Law Group
301 S. McDowell Street, Suite 700
Charlotte, NC 28204

R. Stephen Berry
Berry Law PLLC
1717 Pennsylvania Avenue, N.W.
Suite 850
Washington, DC 20006

Justin M. Ellis
Lauren M. Weinstein
Steven F. Molo
Mololamken LLP
430 Park Avenue
New York, NY 10022

Thomas J. Wiegand
Mololamken LLP
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654

*Attorneys for Plaintiff and Proposed Class Co-Counsel*

/s/ James P. Cooney
James P. Cooney III (N.C. Bar No. 12140)