# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Case No. 3:18-cv-95

| | |
|---|---|
| **RAYMOND BENITEZ**, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>**THE CHARLOTTE MECKLENBURG HOSPITAL AUTHORITY**, d/b/a CAROLINAS HEALTHCARE SYSTEM, ATRIUM HEALTH<br><br>                  Defendant. | **DEFENDANT'S MOTION TO SEAL EXHIBITS 1 AND 5 TO ITS ANSWER** |

      Defendant, The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas HealthCare System and Atrium Health, (the "Hospital Authority") pursuant to Local Rule 6.1, moves the Court to seal Exhibits 1 and 5 to Defendant's Answer. As grounds for this motion, which are set forth more fully in the memorandum of law filed contemporaneously herewith, the Hospital Authority states as follows:

      1.    In support of its Answer, the Hospital Authority has provisionally filed two exhibits under seal pending the Court's resolution of this motion: (1) Plaintiffs medical billing records for treatment he received from the Hospital Authority (attached to the Answer as Exhibit 1); and (2) the Network Participation Agreement between the Hospital Authority and Blue Cross Blue Shield of North Carolina from 2014 (the "BCBS-NC Agreement") (attached to the Answer as Exhibit 5).

2. Plaintiff's billing records contain confidential medical information that is protected from disclosure by statute under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

3. The BCBS-NC Agreement contains confidential, commercially sensitive terms regarding the reimbursement rates BCBS-NC has agreed to pay the Hospital Authority for patient services, as well as other non-price provisions, that are the result of extensive negotiations between the parties. The disclosure of these terms—which the parties have agreed to keep confidential—would provide commercial intelligence to BCBS-NC's and the Hospital Authority's competitors and undermine their ability to negotiate similar agreements with other parties in the marketplace. Such information accordingly is deemed "competitive health care information" under North Carolina law thus protected from disclosure. *See* N.C. Gen. Stat. § 131E-97.3

4. The interest in maintaining the confidentiality of Plaintiff's private medical information contained in his billing records and the terms of the BCBS-NC Agreement outweigh any countervailing interest in favor of public access.

5. The Hospital Authority requests that these documents be permanently sealed in their entirety.

6. There are no practical or less drastic alternatives to filing these documents under seal.

7. Counsel for the Hospital Authority has consulted with counsel for the Plaintiff concerning this Motion. The Plaintiff has no objection to the Motion to Seal with respect to the Plaintiff's billing records and has requested that these records be designated as "Confidential." The Plaintiff has been unable to review the Agreement contained in Exhibit 5 because of its

designation as "Highly Confidential" in pending litigation, and thus is unable to take a position at this time as to the propriety of the Motion as to this Exhibit.  The Plaintiff and the Defendant have entered into a Stipulation that will permit the Plaintiff to receive a copy of this Agreement so that he may communicate his position to the Court.

WHEREFORE, The Hospital Authority respectfully requests that the Court grant their motion for leave to file under seal.

This 30th day of April 2018.

/s/ James P. Cooney
James P. Cooney III (N.C. Bar No. 12140)
Debbie W. Harden (N.C. Bar No. 10576)
Mark J. Horoschak (N.C. Bar No. 22816)
Brian Hayles (N.C. Bar No. 33971)
Sarah Motley Stone (N.C. Bar No. 34117)
Michael Fischer (N.C. Bar No. 47029)
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, North Carolina 28202
Telephone: (704) 331-4900
E-mails:  jim.cooney@wbd-us.com
          debbie.harden@ wbd-us.com
          mark.horoschak@ wbd-us.com
          brian.hayles@ wbd-us.com
          sarah.stone@ wbd-us.com
          michael.fischer@ wbd-us.com

Hampton Y. Dellinger (N.C. Bar No. 19903)
Richard A. Feinstein*
Nicholas A. Widnell*

J. Wells Harrell*
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC  20005
Telephone: (202) 237-2727
E-mails:  hdellinger@bsfllp.com
          rfeinstein@bsfllp.com
          nwidnell@bsfllp.com
          wharrell@bsfllp.com

3

*Attorneys for Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System*
\* Pro Hac Vice Applications Forthcoming

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2018, the foregoing was served via the Court's CM/ECF system to all parties registered to receive such notice including:

J. Gentry Caudill
Adam S. Hocutt
Dozier Miller Law Group
301 S. McDowell Street, Suite 700
Charlotte, NC 28204

R. Stephen Berry
Berry Law PLLC
1717 Pennsylvania Avenue, N.W.
Suite 850
Washington, DC 20006

Justin M. Ellis
Lauren M. Weinstein
Steven F. Molo
Mololamken LLP
430 Park Avenue
New York, NY 10022

Thomas J. Wiegand
Mololamken LLP
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654

*Attorneys for Plaintiff and Proposed Class Co-Counsel*

                                        /s/ James P. Cooney
                                        James P. Cooney III (N.C. Bar No. 12140)