# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:18-cv-95

| | |
|---|---|
| RAYMOND BENITEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE CHARLOTTE MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS HEALTHCARE SYSTEM, ATRIUM HEALTH <br><br> Defendant. | **NOTICE OF APPEARANCE** |

Debbie W. Harden of Womble Bond Dickinson (US) LLP, hereby enters an appearance in this captioned matter on behalf of Defendant The Charlotte-Mecklenburg Hospital Authority.

This 1st day of May, 2018.

/s/ Debbie W. Harden
Debbie W. Harden (N.C. Bar No. 10576)
James P. Cooney III (N.C. Bar No. 12140)
Mark J. Horoschak (N.C. Bar No. 22816)
Brian Hayles (N.C. Bar No. 33971)
Sarah Motley Stone (N.C. Bar No. 34117)
Michael Fischer (N.C. Bar No. 47029)
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, North Carolina 28202
Telephone: (704) 331-4900
E-mails:   debbie.harden@ wbd-us.com
jim.cooney@wbd-us.com
mark.horoschak@ wbd-us.com
brian.hayles@ wbd-us.com
sarah.stone@ wbd-us.com
michael.fischer@ wbd-us.com

Hampton Y. Dellinger (N.C. Bar No. 19903)
Richard A. Feinstein*
Nicholas A. Widnell*

J. Wells Harrell*
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
E-mails: hdellinger@bsfllp.com
rfeinstein@bsfllp.com
nwidnell@bsfllp.com
wharrell@bsfllp.com

*Attorneys for Defendant The Charlotte-Mecklenburg Hospital Authority*


* Pro Hac Vice Applications Forthcoming

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May, 2018, the foregoing was served via the Court's CM/ECF system to all parties registered to receive such notice including:

J. Gentry Caudill
Adam S. Hocutt
Dozier Miller Law Group
301 S. McDowell Street, Suite 700
Charlotte, NC 28204

R. Stephen Berry
Berry Law PLLC
1717 Pennsylvania Avenue, N.W.
Suite 850
Washington, DC 20006

Justin M. Ellis
Lauren M. Weinstein
Steven F. Molo
Mololamken LLP
430 Park Avenue
New York, NY 10022

Thomas J. Wiegand
Mololamken LLP
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654

*Attorneys for Plaintiff and Proposed Class Co-Counsel*

                                                      /s/ Debbie W. Harden
                                                      Debbie W. Harden