# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:18-cv-95

| | |
|---|---|
| RAYMOND BENITEZ, individually and on behalf of all others similarly situated, <br><br>        Plaintiff, <br><br>v. <br><br>THE CHARLOTTE MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS HEALTHCARE SYSTEM, ATRIUM HEALTH <br><br>        Defendant. | **NOTICE OF APPEARANCE** |

    Sarah Motley Stone of Womble Bond Dickinson (US) LLP, hereby enters an appearance in this captioned matter on behalf of Defendant The Charlotte-Mecklenburg Hospital Authority.

    This 1st day of May, 2018.

                                        /s/ Sarah M. Stone
                                        Sarah Motley Stone (N.C. Bar No. 34117)
                                        James P. Cooney III (N.C. Bar No. 12140)
                                        Debbie W. Harden (N.C. Bar No. 10576)
                                        Mark J. Horoschak (N.C. Bar No. 22816)
                                        Brian Hayles (N.C. Bar No. 33971)
                                        Michael Fischer (N.C. Bar No. 47029)
                                        WOMBLE BOND DICKINSON (US) LLP
                                        One Wells Fargo Center, Suite 3500
                                        301 South College Street
                                        Charlotte, North Carolina 28202
                                        Telephone: (704) 331-4900
                                        E-mails:    jim.cooney@wbd-us.com
                                                          debbie.harden@ wbd-us.com
                                                          mark.horoschak@ wbd-us.com
                                                          brian.hayles@ wbd-us.com
                                                          sarah.stone@ wbd-us.com
                                                          michael.fischer@ wbd-us.com

Hampton Y. Dellinger (N.C. Bar No. 19903)
Richard A. Feinstein*
Nicholas A. Widnell*

J. Wells Harrell*
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
E-mails: hdellinger@bsfllp.com
rfeinstein@bsfllp.com
nwidnell@bsfllp.com
wharrell@bsfllp.com

*Attorneys for Defendant The Charlotte-Mecklenburg Hospital Authority*


\* Pro Hac Vice Applications Forthcoming

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May, 2018, the foregoing was served via the Court's CM/ECF system to all parties registered to receive such notice including:

J. Gentry Caudill
Adam S. Hocutt
Dozier Miller Law Group
301 S. McDowell Street, Suite 700
Charlotte, NC 28204

R. Stephen Berry
Berry Law PLLC
1717 Pennsylvania Avenue, N.W.
Suite 850
Washington, DC 20006

Justin M. Ellis
Lauren M. Weinstein
Steven F. Molo
Mololamken LLP
430 Park Avenue
New York, NY 10022

Thomas J. Wiegand
Mololamken LLP
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654

*Attorneys for Plaintiff and Proposed Class Co-Counsel*

                                        /s/ Sarah M. Stone
                                        Sarah M. Stone