# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| RAYMOND BENITEZ, individually and on behalf of all others similarly situated,<br><br>     *Plaintiff,*<br><br>   v.<br><br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS HEALTHCARE SYSTEM, ATRIUM HEALTH,<br><br>     *Defendant.* | Case No. 3:18-cv-00095-RJC-DCK |

**CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANT CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY'S MOTION FOR JUDGMENT ON THE PLEADINGS**

COMES NOW, Plaintiff Raymond Benitez, individually and on behalf of all others similarly situated, and respectfully moves this Court for an order extending the time for Plaintiff to file an opposition to Defendant's Motion for Judgment on the Pleadings (Dkt. 22) by 7 days. In support of this relief, Plaintiff states as follows:

  1.  On April 30, 2018, Defendant Charlotte-Mecklenburg Hospital Authority filed Defendant's Motion for Judgment on the Pleadings (Dkt. 22) and Defendant's Memorandum in Support of Motion for Judgment on the Pleadings (Dkt. 23).

  2.  Under this Court's Local Civil Rule 7.1(e), "[r]esponses to motions must be filed within fourteen (14) days of the date on which the motion is served."

  3.  Plaintiff moves for a 7-day extension of time for Plaintiff to file his opposition. Plaintiff's opposition is currently due by Monday, May 14, 2018. If Plaintiff's extension motion is granted, his opposition will be due on Monday, May 21, 2018. Plaintiff has not previously

sought an extension of time to file his opposition. Counsel for Defendant Charlotte-Mecklenburg Hospital Authority consents to this request.

4. Plaintiff, therefore, respectfully submits this consent request for an extension of time for Plaintiff to file an opposition to Defendant's Motion for Judgment on the Pleadings up to and including May 21, 2018.

Respectfully submitted this seventh day of May, 2018.

| | |
|---|---|
| J. Gentry Caudill<br>N.C. Bar No. 758<br>Adam S. Hocutt<br>N.C. Bar No. 39760<br>DOZIER MILLER LAW GROUP<br>301 S. McDowell Street, # 700<br>Charlotte, NC  28204<br>Telephone: (704) 372-6373<br>Facsimile:  (704) 347-0674<br>gcaudill@doziermillerlaw.com<br>ahocutt@doziermillerlaw.com<br><br>R. Stephen Berry<br>BERRY LAW PLLC<br>D.C. Bar No. 234815<br>Admitted *Pro Hac Vice*<br>1717 Pennsylvania Avenue, N.W.<br>Suite 850<br>Washington, D.C.  20006<br>Telephone: (202) 296-3020<br>Facsimile:  (202) 296-3038<br>sberry@berrylawpllc.com | /s/ Steven F. Molo<br>Steven F. Molo<br>N.Y. Bar No. 4221743<br>Admitted *Pro Hac Vice*<br>Thomas J. Wiegand<br>N.Y. Bar No. 4934196<br>Admitted *Pro Hac Vice*<br>Justin M. Ellis<br>N.Y. Bar No. 4946265<br>Admitted *Pro Hac Vice*<br>Lauren M. Weinstein<br>N.Y. Bar No. 5121629<br>Admitted *Pro Hac Vice*<br>MOLOLAMKEN LLP<br>430 Park Avenue<br>New York, NY  10022<br>Telephone: (212) 607-8160<br>Facsimile:  (212) 607-8161<br>smolo@mololamken.com<br>twiegand@mololamken.com<br>jellis@mololamken.com<br>lweinstein@mololamken.com |

*Attorneys for Plaintiff and Proposed Class Co-Counsel*

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2018, I electronically filed the foregoing Consent Motion To Extend Time for Plaintiff To File an Opposition to Defendant Charlotte-Mecklenburg Hospital Authority's Motion for Judgement on the Pleadings using the CM/ECF system, which sent a notice of electronic filing to all ECF registered participants.

/s/ Steven F. Molo
Steven F. Molo
MOLOLAMKEN LLP
430 Park Avenue
New York, New York 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161

*Attorney for Plaintiff and Proposed Class Counsel*