IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-095-RJC-DCK

| | |
|---|---|
| RAYMOND BENITEZ, Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ORDER |
| THE CHARLOTTE MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS HEALTHCARE SYSTEM, ATRIUM HEALTH, | ) ) ) ) ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Extend Time For Plaintiff To File An Opposition To Defendant Charlotte Mecklenburg Hospital Authority's Motion For Judgment On The Pleadings" (Document No. 26) filed May 7, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Extend Time For Plaintiff To File An Opposition To Defendant Charlotte Mecklenburg Hospital Authority's Motion For Judgment On The Pleadings" (Document No. 26) is **GRANTED**. Plaintiff shall have up to and including **May 21, 2018** to respond to "Defendant's Motion For Judgment On The Pleadings" (Document No. 22).

Signed: May 8, 2018

David C. Keesler
United States Magistrate Judge