# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-095-RJC-DCK

| | |
|---|---|
| RAYMOND BENITEZ, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 35) filed by Hampton Y. Dellinger, concerning Richard A. Feinstein on May 29, 2018. Mr. Richard A. Feinstein seeks to appear as counsel *pro hac vice* for Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 35) is **GRANTED.** Mr. Richard A. Feinstein is hereby admitted *pro hac vice* to represent Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System.

**SO ORDERED**.

Signed: May 30, 2018

David C. Keesler
United States Magistrate Judge