# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:18-CV-095-RJC-DCK

| | |
|---|---|
| RAYMOND BENITEZ, )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>THE CHARLOTTE-MECKLENBURG )<br>HOSPITAL AUTHORITY, )<br>)<br>**Defendant.** )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 37) filed by Hampton Y. Dellinger, concerning J. Wells Harrell on May 29, 2018. Mr. J. Wells Harrell seeks to appear as counsel *pro hac vice* for Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 37) is **GRANTED.** Mr. J. Wells Harrell is hereby admitted *pro hac vice* to represent Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System.

**SO ORDERED**.

Signed: May 30, 2018

David C. Keesler
United States Magistrate Judge