**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:18-CV-095-RJC-DCK**

| | |
|---|---|
| **RAYMOND BENITEZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **THE CHARLOTTE-MECKLENBURG** ) | |
| **HOSPITAL AUTHORITY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

   **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 44) filed by Hampton Y. Dellinger, concerning Nicholas A. Widnell on May 30, 2018.  Mr. Nicholas A. Widnell seeks to appear as counsel *pro hac vice* for Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

   **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 44) is **GRANTED.**  Mr. Nicholas A. Widnell is hereby admitted *pro hac vice* to represent Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System.

   **SO ORDERED**.

Signed: May 30, 2018

David C. Keesler
United States Magistrate Judge