# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Raymond Benitez, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00095-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| The Charlotte-Mecklenburg Hospital Authority, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 8, 2019 Order.

October 8, 2019


Frank G. Johns, Clerk
United States District Court