UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| RAYMOND BENITEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS HEALTHCARE SYSTEM, ATRIUM HEALTH,<br><br>*Defendant.* | Case No. 3:18-cv-00095-RJC-DSC |

## NOTICE OF APPEAL

Notice is hereby given that Raymond Benitez, Plaintiff in the above-named action, hereby appeals to the United States Court of Appeals for the Fourth Circuit, this Court's Order (ECF No. 56) granting in part and staying in part Defendant's motion on the pleadings, the Judgment (ECF No. 61) and Order (ECF No. 60) granting Defendant's Renewed Motion for Judgment on the Pleadings entered in this action on October 8, 2019.

Dated: October 15, 2019

Respectfully submitted,

BY: /s/ R. Stephen Berry

**Berry Law PLLC**
R. Stephen Berry
D.C. Bar No. 234815
1100 Connecticut Avenue, N.W., Suite 645
Washington, D.C. 20036,
Telephone: (202) 296-3020
Facsimile: (202) 296-3038
sberry@berrylawpllc.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2019, I caused the foregoing Notice to be served on all counsel of record by filing it with the Court's CM/ECF system.

*/s/ R. Stephen Berry*
R. Stephen Berry