FILED: February 19, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2145
(3:18-cv-00095-RJC-DSC)
_____

RAYMOND BENITEZ, individually and on behalf of all others similarly situated

      Plaintiff - Appellant

v.

THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a Carolinas HealthCare System, d/b/a Atrium Health

      Defendant - Appellee

_____

O R D E R
_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk