FILED: April 14, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2145
(3:18-cv-00095-RJC-DSC)

_____

RAYMOND BENITEZ, individually and on behalf of all others similarly situated

       Plaintiff - Appellant

v.

THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a Carolinas HealthCare System, d/b/a Atrium Health

       Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered March 23, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                                  */s/Patricia S. Connor, Clerk*